**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LOYDALE KIRVEN,**

  **Plaintiff,**

**v.**                 **No. 13-cv-0217 MCA/SMV**

**CENT. N.M. CORR. FACILITY and**
**JOE GARCIA,**

  **Defendants.**

**ORDER TO CURE DEFICIENCY AND**
**DIRECTING CLERK TO MAIL CERTAIN DOCUMENTS**

  Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee**.

  X  No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) X is not filed
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ other _____

**III. Complaint, Petition or Application**:

(1)  __  is missing
(2)  __  is not on proper form (must use our form Rev. 5/96)
(3)  __  is missing an original signature by the prisoner
(4)  __  is missing page nos. __
(5)  __  uses et al. instead of listing all defendants/respondents
(6)  __  An original and a copy have not been received by the Court.  Only an original has been received.
(7)  __  Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8)  __  names in caption do not match names in text
(9)  __  other _____

Papers filed in response to this order must include the civil action number (CV 13-217 MCA/SMV) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

  **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

  **IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: two copies each of an Application to Proceed Without Prepaying Fees or Costs and  Financial Certificate.

  **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**