IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOYDALE KIRVEN,

    Plaintiff,

v.                                                        No. 13-cv-0217 MCA/SMV

CENT. N.M. CORR. FACILITY and
JOE GARCIA,

    Defendants.

## SECOND ORDER TO CURE DEFICIENCY

    THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 5]. A prisoner must submit with an IFP motion a certified copy of the inmate account statement for the 6-month period immediately before filing the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's motion does not comply with this statutory requirement. Failure to comply with this Order may result in dismissal of Plaintiff's complaint.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, within fourteen (14) days from entry of this Order, Plaintiff file a copy of his inmate account statement for the 6-month period immediately preceding the filing of his complaint.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**